UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CV-00168-FDW-DSC

| | |
|---|---|
| THUNDERSHIRT, LLC d/b/a THUNDERWORKS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CENTRAL GARDEN & PET COMPANY, )<br>)<br>Defendant. )<br>) | ORDER<br>and<br>NOTICE OF HEARING |

THIS MATTER is before the Court on the parties' Claim Construction Briefing and their Joint Motion for a Hearing on Claim Construction (Doc. No. 21). The Motion is GRANTED.

TAKE NOTICE that a hearing on the parties Claim Construction Hearing will take place on June 6, 2019, at 2:00 p.m. in Courtroom #1-1 of the Charles R. Jones Federal Building, 401 W. Trade Street, Charlotte, NC 28202. Although the parties dispute the amount of time needed for argument, the Court will limit each party to sixty (60) minutes to present their respective arguments, including intrinsic and extrinsic evidence, regarding proposed construction of the disputed claim terms, phrases, or clauses.

IT IS THEREFORE ORDERED that the Joint Motion for Claim Construction Hearing (Doc. No. 21) is GRANTED IN PART.

IT IS SO ORDERED.

Signed: April 11, 2019

_____
Frank D. Whitney
Chief United States District Judge